**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 15-11-DLB-CJS-1**

**UNITED STATES OF AMERICA**                                                                                          **PLAINTIFF**

**vs.**                          **ORDER ADOPTING REPORT AND RECOMMENDATION**

**JAMES CODY CARTER**                                                                                          **DEFENDANT**

********************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of eight months, with a one-year term of supervised release to follow, and with additional special conditions. (Doc. # 13).  Magistrate Judge Smith conducted a final revocation hearing on June 10, 2015.  At the hearing, Defendant admitted to violating the terms of his supervised release, as set forth in the May 21, 2015 Violation Report of U.S. Probation Officer Stacey M. Suter (with one exception, see R&R at pg. 4 n. 1), in exchange for the United States recommending the above sentence and dismissing a June 4, 2015 Supplemental Violation Report.

Defendant has filed a waiver of his right to allocution (Doc. # 14) and the parties have further waived the time period for filing objections to Magistrate Judge Smith's R&R. Therefore, the R&R is ripe for review.  The R&R being sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being

1

otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 13) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is **SENTENCED** to the custody of the Attorney General for a term of **EIGHT (8) MONTHS**, with a **ONE (1) YEAR TERM** of supervised release to follow and with the same conditions of supervision reimposed and the following special conditions added:

(a)     Defendant shall be placed in a half-way house for **three (3) months** as directed by the U.S. Probation Office, to begin immediately upon Defendant's release from imprisonment;

(b)     Defendant shall participate in a substance abuse treatment program and shall submit to periodic drug testing at the direction and discretion of the U.S. Probation Office;

(c)     Defendant shall submit his residence, curtilage and vehicle to a search, upon direction and discretion of the United States Probation Office; and

(d)     Defendant shall make payment of the $1,544.00 outstanding balance on the $5,000 fine imposed at sentencing on the underlying conviction. Until the fine is paid in full, Defendant is prohibited from incurring new credit charges or opening additional lines of credit and shall provide the Probation Officer access to any requested financial records.

(5)     The Court recommends that the Bureau of Prisons place Defendant at the federal correctional facility located in Lexington, Kentucky, for service of the sentence imposed.

(6)     A Judgment shall be entered contemporaneously herewith.

This 19th day of June, 2015.



Signed By:
**David L. Bunning**
**United States District Judge**

G:\DATA\ORDERS\Covington Criminal\2015\15-11 Order Adopting R&R re SRV.wpd

3